■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN DAVIS, Appellant. [54 NYS3d 864]—Appeal by the defendant, as limited by his motion, from an amended sentence of the Supreme Court, Kings County (D'Emic, J.), imposed August 6, 2015, upon his plea of guilty, on the ground that the period of postrelease supervision imposed was excessive.

Ordered that the amended sentence is affirmed.

The defendant's purported waiver of his right to appeal was invalid (*see People v Bradshaw*, 18 NY3d 257, 267 [2011]; *People v Brown*, 122 AD3d 133, 137 [2014]; *People v Johnson*, 109 AD3d 1004 [2013]), and, thus, the waiver does not preclude review of this excessive sentence claim. However, the period of postrelease supervision imposed as part of the amended sentence was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Hall, Cohen, LaSalle and Connolly, JJ., concur.